# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-1434

_____

CHARLES D. SIMMONS,

    Appellant,

v.

RICHARD COMERFORD, Secretary,
Florida Department of
Corrections, et al.,

    Appellees.

_____

On appeal from the Circuit Court for Madison County.
E. Bailey Browning, III, Judge.

July 17, 2026

PER CURIAM.

    DISMISSED.

ROWE, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charles D. Simmons, pro se, Appellant.

No appearance for Appellees.